

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00488-CV

**SHENANDOAH CHURCH OF CHRIST**,
Appellant

v.

Gabriel **RODRIGUEZ**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-10952
Honorable Angelica Jimenez, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
                Beth Watkins, Justice
                Liza A. Rodriguez, Justice

Delivered and Filed: November 25, 2020

DISMISSED FOR WANT OF PROSECUTION

When appellant filed this appeal, it was required to pay a filing fee of $205.00. *See* TEX.

GOV'T CODE ANN. §§ 51.207(b)(1), 51.941(a); *see also id.* §§ 51.208, 51.0051; TEXAS SUPREME

COURT ORDER REGARDING FEES CHARGED IN THE SUPREME COURT, IN CIVIL CASES IN THE

COURTS OF APPEALS, AND BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION (Misc.

Docket No. 14-9158, Aug. 28, 2015). Appellant did not pay the required filing fee when it filed

the notice of appeal. The clerk of the court notified appellant of this deficiency in a letter dated

October 1, 2020 and advised appellant that the filing fee was due by October 12, 2020. On October

22, 2020, when the fee remained unpaid, we ordered appellant to show cause in writing that either (1) the filing fee had been paid, or (2) it was entitled to appeal without paying the filing fee by November 2, 2020. *See* TEX. R. APP. P. 20.1 (providing that indigent party who complies with provisions of that rule may proceed without advance payment of costs). We further advised appellant that if it failed to respond satisfactorily within the time ordered, the appeal would be dismissed for failure to pay the filing fee. *See id.* R. 5, 42.3(c).

When the fee was not paid by November 2, 2020, this court contacted appellant about the late filing fee by telephone, but the filing fee remains unpaid. We therefore order this appeal dismissed for want of prosecution. *See id.* R. 42.3(c). We further order that appellee recover his costs of this appeal, if any, from appellant.

PER CURIAM